STATE of Missouri, Respondent,

v.

Darrin Lee GREEN, Appellant.

No. 63270.

Missouri Court of Appeals,
Eastern District,
Division Five.

Feb. 1, 1994.

Raymond L. Legg, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before GARY M. GAERTNER, C.J., and PUDLOWSKI and SIMON, JJ.

*ORDER*

Appellant, Darrin Lee Green, appeals from a jury conviction of two counts of delivery of a controlled substance, RSMo § 195.211 (Cum.Supp.1990), entered in the Circuit Court of Franklin County for which appellant was sentenced to consecutive terms of five and eight years' imprisonment. We affirm. We have reviewed the briefs of the parties and the legal file and find the findings and conclusions of the circuit court are not clearly erroneous. As we further find an extended opinion would have no precedential value, we affirm the circuit court's order pursuant to Rules 84.16(b) and 30.25(b). A memorandum solely for the use the parties here involved has been provided explaining the reasons for our decision.

Donald HOUGHTON, Appellant,

v.

STATE of Missouri, Respondent.

No. 64692.

Missouri Court of Appeals,
Eastern District,
Division Five.

Feb. 1, 1994.

Tamara Detloff, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before GARY M. GAERTNER, C.J., and PUDLOWSKI and SIMON, JJ.

ORDER

PER CURIAM.

Movant, Donald Houghton, appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. We affirm. We have reviewed the briefs of the parties and the legal file and find the findings and conclusions of the motion court are not clearly erroneous. As we further find an extended opinion would have no precedential value, we affirm the motion court's order pursuant to Rules 84.16(b) and 30.25(b). A memorandum, solely for the use of the parties here involved, has been provided explaining the reasons for our decision.